UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JERROD WILSON (#254839)**

**VERSUS**

**JAMES LEBLANC, ET AL.**

**CIVIL ACTION**

**NO. 20-862-JWD-RLB**

### RULING

On or about December 18, 2020 the *pro se* plaintiff, a person formerly confined at the Louisiana State Penitentiary filed this proceeding pursuant to 42 U.S.C. § 1983. *See* R. Doc. 1. On January 25, 2021, the Court issued an Order denying the plaintiff pauper status and ordering hm to pay the Court's filing fee within 21 days of the date of the Order. *See* R. Doc. 9.

A review of the record now reflects that the plaintiff has failed to pay the filing fee as ordered. Instead, a copy of the Order has been returned to the Court on February 4, 2021, as undeliverable, with a notation of "NO LONGER AT LSP." *See* R. Doc. 10.

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings. Accordingly,

**IT IS ORDERED** that the plaintiff's claims be and are hereby dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of the plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of the plaintiff's claims on the Court's Docket. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 19, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**